**No. 10-6473. Oliver Price, Petitioner v. Frank Shewalter, Warden.**

562 U.S. 1032, 131 S. Ct. 574, 178 L. Ed. 2d 419, 2010 U.S. LEXIS 8754.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 1510, 930 N.E.2d 329.